JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILA EKONOMISTYRNING AB, a Swedish Corporation; PEKEN INVEST AB, a Swedish corporation; GUSTAV INVEST AB, a Swedish corporation; and HANS RYDIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VITARGO GLOBAL SCIENCES, LLC, and VITARGO GLOBAL SCIENCES, INC., and ANTHONY ALMADA, and individual,<br><br>Defendants. | Case No.: 8:17-cv-00083-JLS-KES<br><br>[Orange County Court Case No.: 30-2016-00886102-CU-BC-CJC]<br><br>**ORDER FOR REMAND TO STATE COURT** |

Having considered the Stipulation filed concurrently with this (Proposed) Order for Remand to State Court and good cause appearing therefore, THE COURT HEREBY ORDERS AS FOLLOWS:

This matter, LILA EKONOMISTYRNING AB, a Swedish Corporation; PEKEN INVEST AB, a Swedish corporation; GUSTAV INVEST AB, a Swedish corporation; and HANS RYDIN, an individual v. VITARGO GLOBAL SCIENCES, LLC, a Delaware limited liability company; VITARGO GLOBAL SCIENCES, LLC, and VITARGO GLOBAL SCIENCES, INC., and ANTHONY ALMADA, and individual, United States District Court Central District Case Number 8:17-cv-00083-JLS-KES and

Superior Court of California for the County of Orange case Number: 30-2016-00886102-CU0BC-CJC is remanded to the Superior Court of California for the County of Orange, Department C17, Judge Craig Griffin forthwith.

**Dated:** February 03, 2017

_____
Honorable Josephine L. Staton
United States District Judge